UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN HATCH, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, <br><br> Respondent. | * <br> * <br> * <br> * <br> *    Civil Action No. 1:20-cv-12072-IT <br> * <br> * <br> * <br> * |

<u>ORDER</u>

August 25, 2021

TALWANI, D.J.

The court having granted Petitioner Brian Hatch's <u>Petition for Relief from Disqualification Under the Labor-Management Reporting and Disclosure Act</u> [#1], <u>see</u> Mem. & Order [#22], this matter is now CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge